IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHAD ANDREW HARDY and | ) | NO. 19-71707 |
| LISA KAY HARDY | ) | |
| Debtors. | ) | Chapter 13 |

**MOTION FOR SUBSTITUTION OF ATTORNEY**

CHAD ANDREW HARDY and LISA KAY HARDY, Debtors, hereby move this court to discharge JEFFREY ABBOTT of OSTLING & ASSOCIATES, of Bloomington, IL 61701, as attorney of record and substitute JOHN L. GREENLEAF, JR., of GREENLEAF LAW OFFICE, LTD. as the attorney for the Debtors in the above intitled matter.

Date: January 4, 2022          /s/ Chad Andrew Hardy
                                              Chad Andrew Hardy

                                              /s/ Lisa Kay Hardy
                                              Lisa Kay Hardy


GREENLEAF LAW OFFICE, LTD
JOHN L. GREENLEAF, JR
Counselor at Law
2456 North Main
Decatur, Illinois 62526
Phone: (217) 422-2771
Email: GreenLeafLaw@comcast.net