IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHAD ANDREW HARDY and | ) | NO. 19-71707 |
| LISA KAY HARDY | ) | |
| Debtors. | ) | Chapter 13 |

**ENTRY OF APPEARANCE OF ATTORNEY**

JOHN L. GREENLEAF, JR., hereby enters his appearance on behalf of CHAD ANDREW HARDY and LISA KAY HARDY, Debtors, as attorney of record in this matter.

Date: January 4, 2022          GreenLeaf Law Office, Ltd

         By: */s/ John L. GreenLeaf, Jr.*
             John L. GreenLeaf, Jr.

GREENLEAF LAW OFFICE, LTD
JOHN L. GREENLEAF, JR
Counselor at Law
2456 North Main
Decatur, Illinois 62526
Phone: (217) 422-2771
Email: GreenLeafLaw@comcast.net