Form errfilob

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

| | |
|---|---|
| *In Re:* Chad Andrew Hardy and Lisa Kay Hardy<br>*Debtor* | *Case No.:* 19−71707<br><br>*Chapter:* 13 |

### Order Striking Incorrect or Incomplete Document

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Debtors' Motion To Substitute Attorney Attorney Jeffrey Abbott [Doc 83] filed on 1/6/22 is incorrect or incomplete.**

- ☐ Document filed in bankruptcy case and should be filed in adversary case.
- ☐ Document filed in wrong case.
- ☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.
- ☐ PDF is: ☐ unreadable ☐ incomplete ☐ missing
- ☐ PDF does not match docket entry.
- ☐ PDF does not match case.
- ☒ Other:

The event was not docketed properly; the text fields for attorney being added and attorney being removed must be completed during docketing. In addition, the motion must be signed by the attorney filing the motion, and the motion must be served on all parties.

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 1/6/22

                                           /S/ Mary P. Gorman
                                     United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.