Form gendfnod

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Chad Andrew Hardy and Lisa Kay Hardy  *Case No.:* 19–71707
*Debtor*

*Chapter:* 13

## DEFICIENCY NOTICE

On 3/17/22, Notice of Appearance and Request for Notice filed by Attorney John L GreenLeaf Jr on behalf of Debtors [Doc 87] was filed and found to be deficient for the following reason:

Any attorney representing a debtor under this title or in connection with such a case shall file with the court a statement of the compensation paid or agreed to be paid in compliance with 11 USC Section 329 and Bankruptcy Rule 2016(b).

No further action will be taken on this document.

*Dated:* 3/17/22

　　　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.