# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

| | |
|---|---|
| *In Re:* Chad Andrew Hardy and Lisa Kay Hardy | *Case No.:* 19−71707 |
| *Debtor* | |
| | *Chapter:* 7 |

## ORDER AND DEFICIENCY NOTICE (CONVERTED CASE)

The above named case was converted on 3/18/22 . The following documents, with the exception of the Statement of Intention, **must be filed on the most current Official form(s) within 14 days of the date the case was converted.** If the Statement of Intention is required, the Statement of Intention must be filed within 30 days of the conversion date, or before the first date set for the meeting of creditors, whichever is earlier. Current **Official forms** may be obtained at www.ilcb.uscourts.gov. Click on **Forms.**

**Missing Documents and/or Information:**

- ☐ Chapter 13 Model Plan (Effective date: 1/1/2020)
- ☑ Statement of Intention
- ☑ Disclosure of Attorney Compensation
- ☐ Amended Disclosure of Attorney Compensation
- ☐ Equity Security Holder List
- ☐ List of 20 Largest Unsecured Creditors
- ☑ List of Post Petition Debts with Declaration/Verification and Proof of Service to added creditors. Filing Amended Schedules D and E/F which contain **only** the information for newly added creditors will satisfy this requirement. **NOTE: If you choose to file Amended Schedules D and E/F instead of filing the List of Post Petition Debts, a filing fee will be required.**
- ☑ List of Post Petition Property with Declaration/Verification. Filing Amended Schedule A/B will satisfy this requirement.
- ☐ Declaration/Verification Concerning List of Post Petition Debts/Property
- ☑ Ch 7 Statement of Your Current Monthly Income (Official form 122A−1)
- ☐ Ch 11 Statement of Your Current Monthly Income (Official form 122B)
- ☐ Ch 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official form 122C−1)

The above marked missing documents are required to be filed in addition to any documents which remain due from the initial filing of this case.

**Failure to timely file all of the missing documents on current official forms may result in this case being dismisssed or reconverted without further notice or hearing. Alternatively, an Order to Show Cause may issue and a hearing regarding the missing documents may be scheduled.**

**Dated:** 3/18/22

_/S/   Mary P. Gorman_
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.