Form clmtext

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Chad Andrew Hardy and Lisa Kay Hardy
    *Debtor*

*Case No.:* 19–71707

*Chapter:* 7

---

## NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) Order Granting Motion to Extend Time to File Reaffirmation Agreement, (RE: related document(s)127 Final Motion to Extend/Shorten Time filed by Debtor Chad Andrew Hardy, Joint Debtor Lisa Kay Hardy). Reaffirmation Agreement Due: 8/9/2022. (court, apas)**

Dated: 7/25/22

                                          /S/ Adrienne D. Atkins
                                        Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.