Form errfilob

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

| | |
|---|---|
| *In Re:* Chad Andrew Hardy and Lisa Kay Hardy<br>*Debtor* | *Case No.:* 19–71707<br><br>*Chapter:* 7 |

**Order Striking Incorrect or Incomplete Document**

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Debtors' Amended Motion to Modify or Amend Plan [Doc 129] filed on 7/25/22 is incorrect or incomplete.**

- ☐ Document filed in bankruptcy case and should be filed in adversary case.
- ☐ Document filed in wrong case.
- ☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.
- ☐ PDF is: ☐ unreadable  ☐ incomplete  ☐ missing
- ☒ PDF does not match docket entry.
- ☐ PDF does not match case.
- ☐ Other:

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 7/25/22

/S/   Mary P. Gorman<br>United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.